FILED

Cecil Dewitt Nelson #1725~-0211
Name
17256-021
Prison Number
po box 019001
Atwater, Ca 95301
Address or Place of Confinement

MAY 23 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court

Cecil dewitt Nelson
Full Name (First, Middle, Last)

            Petitioner,

    vs.

TRATE
Name of Warden
(or other authorized person having custody of petitioner)

            Respondent.

CASE NO. 1: 22-cv-00617-BAK(HC)
(to be supplied by the Clerk of the
United States District Court)

**PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY**

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1._____  a conviction
2.___X___  a sentence
3._____  jail or prison conditions
4._____  prison discipline
5._____  a parole problem
6._____  other

**CAUTION:** If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

RECEIVED

MAY 23 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## PETITION

(1)    Place of detention: U.S.P ATWATER

(2)    Name and location of court which imposed sentence: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

(3)    Offense(s) and indictment number(s) (if known) for the sentence imposed: CONSPIRACY TO KIDNAP,KIDNAPPING,USE OF FIREARM DURING A CRIME OF VIOLENCE,FALSE STATEMENTS.

(4)    The date the sentence was imposed and the terms of the sentence: LIFE SUPERVISED RELEASE TERM OF 60 MONTHS

(5)    What was your plea (check one):    Not guilty ( )    Guilty (X)    Nolo contendere ( )

(6)    Kind of trial (check one):    Jury ( )    Judge only ( )

(7)    Did you appeal from the judgment of conviction or the imposition of sentence: Yes (X)    No ( )

(8)    If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: UNITED STATES COURT OF APPEALS 11th circuit
Grounds raised (list each):
    1)    INEFFECTIVE ASSISTANCE OF COUNSEL
    2)

Result/Date of result: DENIED  1-22-2014

SECOND APPEAL:
Name of court:
Grounds raised (list each):
    1)
    2)

Result/Date of result:

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9)    State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground

    **CAUTION:**    If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

→    **GROUND ONE**    SEE ATTACHED GROUNDS

ATTACHED GROUNDS

GROUND: ONE

Nelson is actually, iFactually, and legally innocent of the sen
sentence imposed by the sentencing court.

SUPPORTING FACTS FOR GROUND ONE

Nelson was pending trial to have a jury determine beyond a
reasonable doubt, for a pending charge. At the sentencing the
court adopted the reccomendation of the probation office and
used it to illegally enhance nelson guideline range two points
and three points for accepting responsibility. After the court,
used the pending charge to sentence Nelson to life in prison,
the government move the court by motion to dismiss the in
indictment pursuant to rule 48(a) of the federal rules of
criminal procedure. Absent the illegal enhancement Nelson
guideline range would be Level (38), Category(1) A term of imp
imprisonment of 235-293 months not 43 which is life.

GROUND: TWO

NELSON DID NOT ENTER INTO THE PLEA AGREEMENT, KNOWINGLY,
WILLINGLY, VOLUNTARILY, WILLINGLY, OR INTENTIONALLY.

SUPPORTING FACTS FOR GROUND TWO

It was impossible for Nelson to understand what the judge was
saying when in fact the judge was stateing two different
things. First the judge was stating he could sentence nelson
to life under his plea, then the judge stated:" I CANNOT
SENTENCE YOU ON COUNT TWO AND THE REMAINDER OF THEM, BUT I CAN
CONSIDER IT BECAUSE I'M GIVING UP THE LIFE IMPRISONMENT TO
SENTENCE YOU ANYWAY, DO YOU UNDERSTAND THAT? YES SIR.
See: Rederal rules of criminal procedure rule 11.
If the judge is giving up the life imprisonment there can be
no life sentence to impose upon Nelson.

GROUND: THREE

NELSON SENTENCE IS AN EXTREME DISPARITY OF SENTENCE AND GROSSLY
DISPROPORTIONATE TO THE OFFENCE.

SUPPORTING FACTS FOR GROUND THREE

Nelson received a sentence substantially in excess of the
ultimate sentence received by the other codefendant. Nelson
received life in prison, MR. Mcdonald received 240 months.
Mr. mcdonald had a record Nelson did not. both were found
guilty of the same conduct. See 18 u.s.c 3553 (a)(b).

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

**CAUTION:** You must state *facts, not conclusions*, in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

→ **GROUND TWO** _____

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

## ADMINISTRATIVE APPEALS

(10)  Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes (X)      No ( )   If your answer is no, explain why not: <u>He explained to me he can do</u> <u>nothing about this petition the court.</u>

If your answer is yes, answer the following for *each* administrative appeal:

<u>FIRST ADMINISTRATIVE APPEAL</u>      Level of appeal:_____
Grounds raised (list each):
　　　1) _____
　　　2) _____
Result/Date of result:_____

<u>SECOND ADMINISTRATIVE APPEAL</u>      Level of appeal:_____
Grounds raised (list each):
　　　1) _____
　　　2) _____
Result/Date of result_____

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

<u>THIRD ADMINISTRATIVE APPEAL</u>      Level of appeal:_____
Grounds raised (list each):

1) _____
2) _____
Result/Date of result:_____

<u>FOURTH ADMINISTRATIVE APPEAL</u>     Level of appeal:_____
Grounds raised (list each):
1) _____
2) _____
Result/Date of result:_____

(11)   Is the grievance process completed?     Yes ( )     No ( )

## PREVIOUS PETITIONS

(12)   Have you filed previous petitions for habeas corpus under <u>28 U.S.C. § 2241</u> or <u>28 U.S.C. § 2255</u>, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes ( )     No (✓)

(13)   If your answer to Question #12 was yes, give the following information for *each* previous petition:

<u>FIRST PREVIOUS PETITION</u>
Name of court:_____
Nature of proceeding:_____
Grounds raised (list each):
1) _____
2) _____
Result/Date of result:_____

<u>SECOND PREVIOUS PETITION</u>
Name of court:_____
Nature of proceeding:_____
Grounds raised (list each):
1) _____
2) _____
Result/Date of result:_____

(14)   If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255. 2255 IS INADEQUATE OR INEFFECTIVE TO TEST THE CLAIM OF ACTUAL INNOCENCE AND TO CONTEST THE LEGAITY OF THE DENTENTION. Nelson did not have a unobstructed shot at presenting the claim. Nelson is making a viable claim of actual innocence. Nelson's claim of actual innocence permits jurisdiction over this 2241. NELSON discovered the order from his judge in the central file at the prison after his direct appeal and 2255 was decided.

(15)   Are you presently represented by counsel?

Yes ( )          No ( ✓ )

If so, provide your attorney's name, address, and telephone number:

_____

_____

(16)    If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes (X)          No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

MAY 16, 2022                      Cecil Dewitt Nelson
_____          _____
(Date)                           (Signature of Petitioner)


_____
(Signature of Attorney, if any)

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAY -9  AM 10: ?

CLERK *J. moore*
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 612-21 |
| | ) | |
| v. | ) | Indictment |
| | ) | |
| CECIL DEWITT NELSON, 12256-021 | ) | |
| aka "Red", | ) | |
| IDA CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the Government's Motion to Dismiss Without Prejudice the Indictment in the above-captioned case as to defendant CECIL DEWITT NELSON aka "Red", and defendant IDA CLARK, is GRANTED, and the Indictment against defendant CECIL DEWITT NELSON aka "Red", and defendant IDA CLARK, is hereby DISMISSED without prejudice.

SO ORDERED, this the 9 day of May, 2013.

HON. B. AVANT EDENFIELD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Verified
via PACER
*[signature]* 9/9/13

$484,019.79; $700.00 special assessmentassessment

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| Conspiracy to Kidnap (1) | Dismissed |
| Kidnapping (2-3) | Dismissed |
| Use of Firearm During a Crime of Violence (4-6) | Dismissed |
| Obstruction of Justice (12) | Dismissed |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Chief Judge J. Randal Hall
Referred to: Magistrate Judge
Christopher L. Ray

Appeals court case numbers: 13-11316-B Eleventh Circuit, 15-13813 11th Circuit, 18-13179-A Eleventh Circuit, 21-10231-E 11th Circuit

| Defendant (2) | | |
|---|---|---|
| Cecil Dewitt Nelson *TERMINATED: 01/30/2013* *also known as* "Red" *TERMINATED: 01/30/2013* | represented by | Cecil Dewitt Nelson Reg. No.17256-021 Atwater U.S. Penitentiary Inmate Mail/Parcels P.O. BOX 019001 Atwater, CA 95301 PRO SE |
| | | David M. Burns , Jr. The Law Office of David M. Burns, Jr., |

PC
102 E. Liberty Street
8th FL
Savannah, GA 31401
912-233-2570
Fax: 912-231-9157
Email: attorneydavidburns@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

18 USC 1201(c) Conspiracy to Kidnap
(1s)

### Disposition

Defendant is hereby committed to the
custody of the USBOP for a term of
life; supervised release for a term of 60
months: standard/special conditions of
supervision; restitution in the amount of
$484,019.79; $100.00 special
assessment

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| Conspiracy to Kidnap (1) | Dismissed |
| Kidnapping (2-3) | Dismissed |
| 18 USC 1201(a)(1) Kidnapping (2s-3s) | Dismissed |
| Use of Firearm During a Crime of Violence (4-6) | Dismissed |
| 18 USC 924(c)(1)(A) and (C) Use of a Firearm in Furtherance of a Crime of Violence (4s-6s) | Dismissed |
| Ransom Money (7) | Dismissed |
| 18 USC 1001 False Statements (7s-10s) | Dismissed |
| False Statements (8-11) | Dismissed |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Chief Judge J. Randal Hall
Referred to: Magistrate Judge
Christopher L. Ray

Appeals court case number: 16-
16909-A

### Defendant (3)

**Gary Lenion McDonald**
*TERMINATED: 02/28/2013*
*also known as*
*"Geethang"*
*TERMINATED: 02/28/2013*

represented by **Francys Johnson**
The Johnson Firm, PC
1100 Brampton Avenue
Suite L4
Statesboro, GA 30458
912-225-1600
Fax: 912-225-3302
Email: info@francysjohnson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Pending Counts | Disposition |
|---|---|
| 18 USC 1201(c) Conspiracy to Kidnap (1s) | Defendant is hereby committed to the custody of the USBOP for a term of 240 months; supervised release for a term of 5 years: standard/special conditions of supervision; restitution in the amount of $484,019.79; $100.00 special assessment |

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| Conspiracy to Kidnap (1) | Dismissed |
| Kidnapping (2-3) | Dismissed |

18 USC 1201(a)(1) Kidnapping
(2s-3s)

Use of Firearm During a Crime of
Violence
(4-6)

18 USC 924(c)(1)(A) and (C) Use of a
Firearm in Furtherance of a Crime of
Violence
(4s-6s)

Dismissed

Dismissed

Dismissed

<u>Highest Offense Level (Terminated)</u>

Felony

<u>Complaints</u>

None

<u>Disposition</u>

<u>Plaintiff</u>
USA

represented by **Brian T. Rafferty (AUSA)**
U.S. Attorney's Office - Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912-201-2575
Fax: 912-652-4388
Email: karl.knoche@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Colleen Greenwood**
U.S. Attorney's Office - Augusta
P.O. Box 2017
Augusta, GA 30903
706-724-0517
Fax: 706-724-7728
Email: nancy.greenwood@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Carlton R. Bourne , Jr.**
U.S. Attorney's Office - Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912-652-4422

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### PROBATION OFFICE

SUZANNE H. MINGLEDORFF
CHIEF PROBATION OFFICER

P.O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148

AUGUSTA 30903
P.O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P.O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349



Savannah
April 20, 2022

Mr. Cecil Dewitt Nelson
Register No.: 17256-021
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

Dear Mr. Nelson:

I am in receipt of your letter in which you assert that your presentence investigation report contains an error with respect to a pending charge. Your presentence investigation report, dated January 4, 2013, was accurate at the time of sentencing. I understand the charge identified in Paragraph 90 was dismissed without prejudice on May 9, 2013; however, the United States Probation Office cannot modify a presentence investigation report once it is adopted by the Court, as was done in your case at the time of your sentencing.

Sincerely,

Sarah Railling
Sentencing Guidelines Specialist

EXHIBIT #9

Dear Mr. Burns;                                    7-15-2013

I'm writing to you today in regards to the status of
the pending trial that your representing me on.
I went to unit team and she indicated that they
put a detainer on me for this charge so I assume
the prison was contacted about this pending charge.
Can you respond to this letter and let me know if
you heard when we will be going to trial for the
pending charge. I'm not pleading guilty we going to
trial just like you said. Thank you for time and
help with this matter.

                                    Cecil DeWitt Nelson

<u>EXHIBIT # 5</u>

Dear Mr. Burns;                    10-28-2014

This is my second letter to you about the status
on the pending charge, have you heard when we going
to trial. Do you think we should file for a fast and
speedy trial. I notice they still have a detainer on
me for the pending charge. I will be looking forward to
hearing from you on the status of the trial. I'm not
pleading guilty I'm going to trial. Thank you.

                         Cecil DeWitt Nelson

Cecil Dewitt Nelson – 8-16-2012
Examination by The Court

1   am saying?

2   A.   Yes, sir.

⇒ 3   Q.   I cannot sentence you on Count 2 and the remainder of

⇒ 4   them, but I can consider it because I'm giving up the life

⇒ 5   imprisonment to sentence you anyway.  Do you understand that?

⇒ 6   A.   Yes, sir.

⇒ 7   Q.   Now they would still play a part in the sentencing

⇒ 8   calculation of the sentence, even though they are dismissed.

⇒ 9   They form a part of the crime, and they will be calculated by

⇒10   the Court.  And I've told you what the maximum sentence is.

11        Now whatever sentence is imposed, there will be a period

12   of supervised release.  That is largely known in the court's

13   system as probation.  That means that you would have to obey

14   the rules of the court for a period of five years, not to

15   exceed five years after your released by the prison, if you

16   are released.

17        That means you have to report to the Court through the

18   probation officers, give an account of who you are associating

19   with, how you are paying your fines or any money that was

20   assessed against you, and you must become legitimately

21   employed, and conduct yourself pursuant to rules of the Court.

22        If you violate any federal, state or local crime, you

23   will be brought back before this Court for resentencing, not

24   only by this Court, but any other court or jurisdiction that

25   might have jurisdiction for the crime you did commit.

PROB 48A
(Rev. 7/95)

# UNITED STATES DISTRICT COURT FOR THE

EATSERN                              DISTRICT OF CALIFORNIA

## Declaration of Defendant Personal Financial Statement

|  |  |
|---|---|
| United States | ) |
| v. | ) |
|  | ) |
|  | ) (Case Number) |
|  | ) |

I, Cecil dewitt nelson              , residing at u.s.p atwater
in the city (or county) of Merced              , in the state of california
have completed the attached Personal Financial Statement that fully describes my financial
resources, including a complete listing of all assets owned or controlled by me as of the date of
my arrest. The Personal Financial Statement also includes my financial needs and earning ability
and the financial needs and earning ability of my dependents.

I declare under penalty of perjury that the foregoing is true and correct.

Cecil Dewitt Nelson
(Defendant Signature)

Executed on
16   day of MAY          2022

PROB 48
(Rev. 9/00)

Page 2 of 7

Last Name – Nelson

# NET WORTH STATEMENT

NOTE:  I = Individual    J = Joint    S = Spouse/Significant Other    D = Dependent

## ASSETS

**BANK ACCOUNTS** (Include all personal and business checking and savings accounts, credit unions, money markets, certificates of deposit, IRA and KEOGH accounts, Thrift Savings, 401K, etc.)

| N/A | I/J S/D | Name of Institution | Address | Type of Account | Account Number | Personal or Commercial | Balance |
|-----|---------|---------------------|---------|-----------------|----------------|------------------------|---------|
| Section A | N/A | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SECURITIES** (Include all stocks in public corporations, stocks in businesses you own or have an interest in, bonds, mutual funds, U.S. Government securities, etc.)

| | I/J S/D | Name and Kind of Security | Location of Security | Number of Units | Fair Market Value |
|--|---------|---------------------------|----------------------|-----------------|-------------------|
| Section B | N/A | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MONEY OWED TO YOU BY OTHERS** (Include all money owed to you by any person or entity.)

| | I/J S/D | Name and Address of Debtor | Amount Owed to You | Reason Owed to You | Date Money Loaned | Relationship to Debtor (if any) | Monthly Payment or Date Full Payment Expected | Is debt collectible? |
|--|---------|----------------------------|--------------------|--------------------|-------------------|--------------------------------|-----------------------------------------------|----------------------|
| Section C | N/A | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Initials CDN  Date 16/
5/16/22

PROB 48
(Rev. 9/00)

## Last Name - Nelson

| Section D | I/J S/D | LIFE INSURANCE (include type of policy [whole life, variable, or term], face amount [the stated amount of coverage] and cash surrender value [the value of the investment portion of a whole life or variable policy.]) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Name and Address of Company and Name of Beneficiary | Policy Number | Type of Policy | Face Amount | Cash Surrender Value | Amount Borrowed | Amount You Can Borrow |
| | N/A | | | | | | | |
| | | | | | | | | |

| Section E | I/J S/D | SAFE DEPOSIT BOXES OR STORAGE SPACE FACILITY (include all safe deposit boxes or storage space you rent or places you have access to in which others are holding assets or items belonging to you,) | | | |
|---|---|---|---|---|---|
| | | Name and Address of Box or Facility Location | Box Number or Space | Contents | Fair Market Value |
| | N/A | | | | |
| | | | | | |

| Section F | I/J S/D | MOTOR VEHICLES (include all cars, trucks, mobile homes, motorcycles, all terrain vehicles, boats, airplanes, etc.) | | | | | |
|---|---|---|---|---|---|---|---|
| | | Year, Make & License Number/Vehicle Identification Number | Mileage | Loan/Lease Balance (if any) | Date Loan/Lease Will be Paid Off or Ends | Monthly Payment | Fair Market Value |
| | N/A | | | | | | |
| | | | | | | | |

| Section G | I/J S/D | REAL ESTATE (include property, parcels, lots, timeshares, and developed land with buildings.) | | | | | |
|---|---|---|---|---|---|---|---|
| | | Real Estate Address (include county and state)/ Mortgage Company or Lien Holder | Purchase Date | Purchase Price | Mortgage Balance (if any) | Date Mortgage Will be Paid Off | Monthly Payment | Fair Market Value |
| | N/A | | | | | | |
| | | | | | | | |

| Section H | I/J S/D | MORTGAGE LOANS OWED TO YOU (include name, address, and relationship [if any] to the mortgagee [the party that bought the real estate you sold and is making payments to you].) | | | | | |
|---|---|---|---|---|---|---|---|
| | | Mortgagee (name & address)/ Relationship to Mortgagee | Mortgage Balance | Date Mortgage Will be Paid Off | Balloon Payment? If Yes, Date? | Monthly Payment | Is Debt Collectible |
| | N/A | | | | | | |
| | | | | | | | |

Initials CON   Date 5/16/2

ROB 48
Rev. 9/00)

## Last Name - Nelson

**OTHER ASSETS** (include any cash on hand, jewelry, art, paintings, coin collections, stamp collections, collectibles, antiques, copyrights, patents, etc.)

| I/J S/D | Description | Loan Balance (if any) | Date Loan Will be Paid Off | Monthly Payment | Where is Asset Located? | Fair Market Value |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**ANTICIPATED ASSETS** (include any assets you expect to receive or control from lawsuits for compensation or damages, profit sharing, pension plans, inheritance, wills, or as an executor or administrator of any succession or estate.)

| I/J S/D | Amount Received or Expected to Receive | Date Expected to Receive | Reason You Expect This | Name and Address of Person or Company That Can Verify This (e.g., attorney, financial institution, executor.) |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

**TRUST ASSETS** (Include all trusts in which you are a grantor or donor [the person who establishes the trust], the trustee or fiduciary [who controls the trust assets and income or the beneficiary who has or will receive benefits from the trust].)

| I/J S/D | Name of Trust/ Taxpayer ID# | Value of Trust | Your Annual Income from Trust | Your Interest in Trust Assets |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

**BUSINESS HOLDINGS** (Include all businesses in which you have an ownership interest or with which you had an affiliation within the last three years, e.g., self-employed sole proprietor, officer, shareholder, board member, partner, associate, etc.) Complete Section N (attach additional pages, if necessary).

| I/J S/D | Name and Address of Business/ Taxpayer I.D.# | Type of Business Entity | Industry of Business | Date Business Started | Capital Investment to Start | Your Ownership Interest Percentage | Sale Price or Fair Market Value of Your Interest |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Initials _____ Date 5/16/22

PROB 48
(Rev. 9/00)

## Last Name - Nelson

### Section L

**INCOME TAX RETURNS**

| Type of Income Tax Return Filed | Last Filing Year | Years of Last 5 Income Tax Returns You Will Submit to the Probation Officer |
|---|---|---|
| Individual (Form 1040) | N/A | |
| Partnership/Limited Liability Company (Form 1065) | | |
| Corporation (Form 1120) | | |
| S Corporation (Form 1120S) | | |

### Section M

**TRANSFER OF ASSETS** (Include any assets you have transferred or sold since the date of your arrest with a cost or fair market value of more than $500.00. Also list any assets that someone else is holding on your behalf.)

| I/J S/D | Description of Asset/ Reason Transferred/Sold | Date of Transfer/Sale | Original Cost | Amount You Received, if Any | Name of Purchaser or Person Holding the Asset | Sale Price or Fair Market Value at Transfer |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Section N

**NAMES OF SHAREHOLDERS OR PARTNERS** (Include all shareholders, officers, and/or partners, indicating each respective ownership interest.)

| Name of Business | Names of Shareholders/Partners | Ownership Interest Percentage |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |

Initials CDN   Date 5/16/2

Page 6 of 7

PROB 48
(Rev. 9/00)

Last Name - N/A

**ASSETS YOU WILL LIQUIDATE** (Include all assets you intend to liquidate to satisfy any criminal monetary penalties that may be imposed.)

| Asset Description | Estimated Value of Asset | Date You Will Liquidate | Current Location of Asset (if real property, county, and state) |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Section O

**PROSPECT OF INCREASE IN ASSETS** (Give a general statement of the prospective increase of the value of any asset you own.)

N/A

Section P

Initials CON  Date 5/16/22

Page 7 of 7

PROB 48
(Rev. 9/00)

Last Name - Nelson

# LIABILITIES

**CHARGE ACCOUNTS AND LINES OF CREDIT** (Include all bank credit cards, lines of credit, revolving charge accounts, etc.)

|  | I/J S/D | Type of Account or Card | Name and Address of Creditor | Credit Limit | Amount Owed | Credit Available | Minimum Monthly Payment |
|---|---|---|---|---|---|---|---|
| Section A | N/A | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DEBTS** (Include mortgage loans, notes payable, delinquent taxes, and child support.)

|  | I/J S/D | Owed To | Address | Relationship (if any) | Amount Owed | Reason Owed | Monthly Payment |
|---|---|---|---|---|---|---|---|
| Section B | N/A | | | | | | |
| | | | | | | | |
| | | | | | | | |

**PARTY TO CIVIL SUIT** (Include any civil lawsuits you have ever been a party to.)

|  | I/J S/D | Name of Plaintiff in the Case | Court of Jurisdiction and County | Case Number | Date Suit Filed | Date of Judgment | Judgment Amount Unpaid Balance |
|---|---|---|---|---|---|---|---|
| Section C | N/A | | | | | | |
| | | | | | | | |

**BANKRUPTCY FILINGS** (Include information requested for any Chapter 7, 11, or 13 bankruptcy filings you have ever been a party to as an individual or as a business entity.)

|  | I/J S/D | Type of Bankruptcy (Voluntary or Involuntary)/Name and Address of Trustee | Bankruptcy Case Number | Bankruptcy Court of Jurisdiction | County and State of Discharge | Date Filed | Date of Discharge |
|---|---|---|---|---|---|---|---|
| Section D | N/A | | | | | | |
| | | | | | | | |
| | | | | | | | |

Signature: _Cecil Dewill Nelson_       Date 5/16/22